JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY D. NEDROW (CASBN 161299)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone: (408) 535-5045
Facsimile:  (408) 535-5066
Email: jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00788-JF |
| Plaintiff, | |
| v. | [PROPOSED] ORDER FOR SUMMONS |
| CAROL HAUESSLER, DAVID LAMONDIN, MATTHEW SANDOMIR, CHRISTOPHER SARIOL, STUART SHEINFELD, and EDUARDO SUBIRATS, | |
| Defendant. | |

Based on the December 13, 2007 indictment returned by a grand jury in this district, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue summons directing the defendants Carol Hauessler, David Lamondin, Matthew Sandomir,

//
//
//
//
//

[PROPOSED] ORDER  FOR SUMMONS

Christopher Sariol, Stuart Sheinfeld, and Eduardo Subirats to appear on February 13, 2008 at 9:30 am before Magistrate Judge Patricia V. Trumbull to answer the indictment returned in this case.

IT IS SO ORDERED.

Dated: _____

HOWARD R. LLOYD
United States Magistrate Judge

[PROPOSED] ORDER FOR SUMMONS

-2-