1   RONALD GAINOR, ESQ. (FLORIDA STATE BAR MEMBER)
    6414 FAIRWAYS DRIVE
2   LONGMONT, CO 80503
    (303) 448-9646
3   (303) 447-0930

4   JERRY Y. FONG, ESQ. (CALIFORNIA SBN 99673)
    CAREY & CAREY
5   706 COWPER STREET
    P.O. BOX 1040
6   PALO ALTO, CA  94302-1040
    650/328-5510
7   650/853-3632 fax

8   Attorneys for Defendant BRANDI AYCOCK

9

10                  UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13
    UNITED STATES OF AMERICA,          CASE NO.   CR 07-00788 JF/PVT
14
            Plaintiff,
15                                     [PROPOSED]
    vs.                                ORDER WAIVING DEFENDANT'S
16                                     PERSONAL APPEARANCE
    AMIT M. EZYONI, BRANDI C.
17  AYCOCK, Et. Al.,                   Date:      4/2/08
                                       Time:      9:00 am
18          Defendants.

19

20          UPON APPLICATION of the Defendant, BRANDI C. AYCOCK, and good

21  cause appearing therefore,

22          IT IS HEREBY ORDERED that Defendant BRANDI C. AYCOCK'S personal

23  appearance at the status hearing date of April 2, 2008 is hereby waived under

24  F.R.Cr.P. 43(c).

25          IT IS SO ORDERED.

26

27  DATED: ___3/26/08___, 2008

28                                     UNITED STATES DISTRICT COURT JUDGE
                                       JEREMY FOGEL

                                    1
                ORDER WAIVING DEFENDANT'S PERSONAL APPEARANCE