UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br>V.<br>AMIT EZYONI, ET AL,<br>           Defendant. | Case Number CR-07-00788-JF<br><br>Status Hearing<br><br>August 13, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The status hearing set on August 6, 2008 is continued to August 13, 2008 at 10:00 a.m.

before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th

floor of the U.S. District Court, 280 S. First St., San Jose, California.


August 1, 2008                              For the Court
                                            Richard W. Wieking, Clerk


                                            By:___/s/_____
                                            Diana Munz
                                            Courtroom Deputy Clerk