FILED
JUL 23 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v.
AMIT M. EZYONI, ELI KAUPP, and BARAK BRAUNSHTAIN,
Defendants.

Case No.: 07-CR-00788-LHK

ORDER OF REASSIGNMENT TO EXECUTIVE COMMITTEE (FUGITIVE STATUS)

This case is reassigned as to defendants Amit M. Ezyoni, Eli Kaupp, and Barak Braunshtain To the Executive Committee pursuant to the Court's Case Assignment Plan (Reassignment of Fugitive Criminal Cases). The eleven co-defendants have all been sentenced so the case is not pending against any other defendant.

Dated: July 22, 2014

Lucy H. Koh
LUCY H. KOH
United States District Judge